| UPHS | | Number | 8030544 |
|---|---|---|---|
| 3400 Spruce Street | | Check Date | 07/28/2023 |
| Philadelphia, PA 19104 United States of America | | | |

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Dominique Lundy  
537 w Luray st  
philadelphia, PA 19140  
US

Net Pay  1418.53

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Dominique Lundy | 9361 | 622050 | HUP | M5336 | 07/22/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2018.01 | 31945.23 |
| Total Deductions | | 599.48 | 9505.21 |
| Total Net | | 1418.53 | 22440.02 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Eligible for OT calc | | | | 165.00 |
| Jury Duty | | | | 192.19 |
| Legal Holiday | | | | 756.06 |
| Overtime 1.5x FLSA | | | | 933.25 |
| Personal Holiday | | | | 499.26 |
| Regular Pay | 40.00 | 24.02 | 1057.05 | 26566.43 |
| Sick Pay | | | | 737.55 |
| Vacation Pay | 40.00 | 24.02 | 960.96 | 1674.74 |
| Worked Legal Holiday | | | | 420.75 |
| Total | 80.00 | | 2018.01 | 31945.23 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 110.49 | 1865.65 |
| MEDICARE TAX EE PAID | 27.16 | 431.29 |
| PA Unemployment EE | 1.41 | 22.36 |
| PENNSYLVANIA STATE TAX | 57.49 | 916.22 |
| PHILADELPHIA TAX | 76.48 | 1210.72 |

|  |  | Current | Year to Date |
|---|---|---:|---:|
|  | SOCIAL SECURITY TAX - Employee | 116.10 | 1844.12 |
|  | Total | 389.13 | 6290.36 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---:|---:|
| *DC UPHS EE P w Match Fidelity | 50.45 | 798.64 |
| *Delta Dental | 15.01 | 225.15 |
| *Penn Care | 126.00 | 1808.62 |
| *TRIP Park Pre |  | 100.00 |
| *Vision Service Plan | 4.51 | 67.65 |
| Total | 195.97 | 3000.06 |

**Aftertax Deductions**

| Description | Current | Year to Date |
|---|---:|---:|
| 403(b) Fidelity Loan 01 | 13.57 | 203.55 |
| Supplemental Life Insurance | 0.81 | 11.24 |
| Total | 14.38 | 214.79 |

**Company Deductions**

| Description | Current | Year to Date |
|---|---:|---:|
| DC UPHS ER P Match Fidelity | 50.45 | 798.64 |
| Total | 50.45 | 798.64 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1018 | MEDIA MEMBERS FEDERAL CREDIT U | 1418.53 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8062895
Check Date 08/11/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Dominique Lundy
537 w Luray st
philadelphia, PA 19140
US

Net Pay 1721.71

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Dominique Lundy | 9361 | 622050 | HUP | M5336 | 08/05/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2443.67 | 34388.90 |
| Total Deductions | | 721.96 | 10227.17 |
| Total Net | | 1721.71 | 24161.73 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Eligible for OT calc | | | | 165.00 |
| Jury Duty | | | | 192.19 |
| Legal Holiday | | | | 756.06 |
| Overtime 1.5x FLSA | | | | 933.25 |
| Personal Holiday | | | | 499.26 |
| Regular Pay | 72.00 | 26.11 | 2067.91 | 28634.34 |
| Retro Pay - Pay Rate Change | | 83.44 | 166.88 | 166.88 |
| Sick Pay | 8.00 | 26.11 | 208.88 | 946.43 |
| Vacation Pay | | | | 1674.74 |
| Worked Legal Holiday | | | | 420.75 |
| Total | 80.00 | | 2443.67 | 34388.90 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 160.29 | 2025.94 |
| MEDICARE TAX EE PAID | 33.32 | 464.61 |
| PA Unemployment EE | 1.71 | 24.07 |
| PENNSYLVANIA STATE TAX | 70.55 | 986.77 |

|  | Description | Current | Year to Date |
|---|---|---|---|
|  | PHILADELPHIA TAX | 92.62 | 1303.34 |
|  | SOCIAL SECURITY TAX - Employee | 142.48 | 1986.60 |
|  | Total | 500.97 | 6791.33 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *DC UPHS EE P w Match Fidelity | 61.09 | 859.73 |
| *Delta Dental | 15.01 | 240.16 |
| *Penn Care | 126.00 | 1934.62 |
| *TRIP Park Pre |  | 100.00 |
| *Vision Service Plan | 4.51 | 72.16 |
| Total | 206.61 | 3206.67 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 13.57 | 217.12 |
| Supplemental Life Insurance | 0.81 | 12.05 |
| Total | 14.38 | 229.17 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 61.09 | 859.73 |
| Total | 61.09 | 859.73 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1018 | MEDIA MEMBERS FEDERAL CREDIT U | 1721.71 |