UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 8095210  
Check Date 08/25/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of  
Dominique Lundy  
537 w Luray st  
philadelphia, PA 19140  
US

Net Pay 1609.58

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Dominique Lundy | 9361 | 622050 | HUP | M5336 | 08/19/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.25 | 2286.26 | 36675.16 |
| Total Deductions | | 676.68 | 10903.85 |
| Total Net | | 1609.58 | 25771.31 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Eligible for OT calc | | | | 165.00 |
| Jury Duty | | | | 192.19 |
| Legal Holiday | | | | 756.06 |
| Overtime 1.5x FLSA | 0.25 | 26.11 | 10.77 | 944.02 |
| Personal Holiday | 0.50 | 26.11 | 13.06 | 512.32 |
| Regular Pay | 71.50 | 26.11 | 2053.55 | 30687.89 |
| Retro Pay - Pay Rate Change | | | | 166.88 |
| Sick Pay | | | | 946.43 |
| Vacation Pay | 8.00 | 26.11 | 208.88 | 1883.62 |
| Worked Legal Holiday | | | | 420.75 |
| Total | 80.25 | | 2286.26 | 36675.16 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 141.88 | 2167.82 |
| MEDICARE TAX EE PAID | 31.04 | 495.65 |
| PA Unemployment EE | 1.60 | 25.67 |
| PENNSYLVANIA STATE TAX | 65.72 | 1052.49 |
| PHILADELPHIA TAX | 86.65 | 1389.99 |
| SOCIAL SECURITY TAX - Employee | 132.73 | 2119.33 |
| Total | 459.62 | 7250.95 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *DC UPHS EE P w Match Fidelity | 57.16 | 916.89 |
| *Delta Dental | 15.01 | 255.17 |
| *Penn Care | 126.00 | 2060.62 |
| *TRIP Park Pre | | 100.00 |
| *Vision Service Plan | 4.51 | 76.67 |
| Total | 202.68 | 3409.35 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 13.57 | 230.69 |
| Supplemental Life Insurance | 0.81 | 12.86 |
| Total | 14.38 | 243.55 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 57.16 | 916.89 |

|  |  | DC-UPHS ERP Match Fidelity | 57.16 | 916.89 |
|---|---|---|---|---|
|  |  | Total | 57.16 | 916.89 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1018 | MEDIA MEMBERS FEDERAL CREDIT U | 1609.58 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8127472
Check Date 09/08/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Dominique Lundy
537 w Luray st
philadelphia, PA 19140
US

Net Pay 1577.46

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Dominique Lundy | 9361 | 622050 | HUP | M5336 | 09/02/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2235.23 | 38910.39 |
| Total Deductions | | 657.56 | 11561.41 |
| Total Net | | 1577.46 | 27348.77 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Eligible for OT calc | | | | 165.00 |
| Imputed Income | | 0.21 | 0.21 | 0.21 |
| Jury Duty | | | | 192.19 |
| Legal Holiday | | | | 756.06 |
| Overtime 1.5x FLSA | | | | 944.02 |
| Personal Holiday | 8.00 | 26.11 | 208.88 | 721.20 |
| Regular Pay | 56.00 | 26.11 | 1608.38 | 32296.27 |
| Retro Pay - Pay Rate Change | | | | 166.88 |
| Sick Pay | | | | 946.43 |
| Vacation Pay | 16.00 | 26.11 | 417.76 | 2301.38 |
| Worked Legal Holiday | | | | 420.75 |
| Total | 80.00 | | 2235.23 | 38910.39 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 135.91 | 2303.73 |
| MEDICARE TAX EE PAID | 30.30 | 525.95 |
| PA Unemployment EE | 1.57 | 27.24 |
| PENNSYLVANIA STATE TAX | 64.15 | 1116.64 |
| PHILADELPHIA TAX | 80.29 | 1470.28 |
| SOCIAL SECURITY TAX - Employee | 129.56 | 2248.89 |
| Total | 441.78 | 7692.73 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *DC UPHS EE P w Match Fidelity | 55.88 | 972.77 |
| *Delta Dental | 15.01 | 270.18 |
| *Penn Care | 126.00 | 2186.62 |
| *TRIP Park Pre | | 100.00 |
| *Vision Service Plan | 4.51 | 81.18 |
| Total | 201.40 | 3610.75 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 13.57 | 244.26 |
| Supplemental Life Insurance | 0.81 | 13.67 |
| Total | 14.38 | 257.93 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 55.88 | 972.77 |
| Total | 55.88 | 972.77 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1018 | MEDIA MEMBERS FEDERAL CREDIT U | 1577.46 |