

# TitleExplorer

| TOYOTA FINANCIAL SERVICES | Search | User Administration | | Help (/Home/Index) | Logout (/Account/Logout) |

## Title Details - JTJBC1BA2A2004565

Back

### Title Information

| | | | |
|---|---|---|---|
| Account No: | | Batch No: | |
| Customer: | LUNDY DOMINIQUE / ANTWAAN C ROACH | Title Number: | 67318943 |
| | | PA Lien Date: | 8/31/2024 |
| VIN: | JTJBC1BA2A2004565 | Title Status: | DISPOSITION PERFECT |
| Issue State: | PA | | |
| | | | E |
| | | | Electronic Title |

### Discrepant Information

| | |
|---|---|
| Owners: | **LUNDY DOMINIQUE** |
| | **LUNDY DOMINIQUE / ANTWAAN C ROACH** |
| Co-Owners: | **ROACH ANTWAAN C** |
| Lienholder: | **TMCC/LEXUS ELT** |
| | **TOYOTA MOTOR CREDIT COMPANY** |
| VIN: | JTJBC1BA2A2004565 |
| | JTJBC1BA2A2004565 |
| Vehicle Year: | **2010** |
| | **2010** |

### User Information

| Corrected By: | Manual By: | Dispositioned By: |
|---|---|---|
| | | TRASKJOY |

Back

© 2023 - Secure Title Administration, Inc.