## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12839-amc |
| Dominique Lundy, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Toyota Financial Services (CM/ECF)

PennyMac Loan Services LLC (CM/ECF)

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595


Date: January 10, 2024                    /s/ Michael A. Cibik
                                          Michael A. Cibik (#23110)
                                          Cibik Law, P.C.
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          mail@cibiklaw.com