Case 23-12839-amc    Claim 16-1    Filed 01/10/24    Desc Main Document    Page 1 of 3
Case 23-12839-amc    Doc 17-1    Filed 01/17/24    Entered 01/10/24 14:37:57    Page 1 of 13
Exhibit A    Page 1 of 13

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Dominique Lundy |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case number | 23-12839 |

Official Form 410

# Proof of Claim    04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received**.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Toyota Motor Credit Corporation
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Toyota Motor Credit Corporation
Name
PO Box 9013
Number    Street
Addison, Texas 75001
City        State    ZIP Code
Contact phone    (800) 766-7751
Contact email    pocquestions@nbsdefaultservices.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

Where should payments to the creditor be sent? (if different)
Toyota Motor Credit Corporation
Name
P.O. Box 9490
Number    Street
Cedar Rapids, Iowa 52409-9490
City        State    ZIP Code
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 2570 |
|---|---|---|

7. **How much is the claim?**  $14,762.08.   **Does this amount include interest or other charges?**
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?** Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Goods Sold

9. **Is all or part of the claim secured?**
   ☐ No
   ☑ Yes. The claim is secured by a lien on property.

   **Nature of Property:**
   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☑ Motor vehicle
   ☐ Other. Describe:   2010 LEXUS RX450H, JTJBC1BA2A2004565

   **Basis for Perfection:**   Recordation of Lien
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**   $11,900.00
   **Amount of the claim that is secured:**   $11,900.00
   **Amount of the claim that is unsecured:**   $2,862.08   (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $6,688.82

   **Annual Interest Rate** (when case was filed)   16.140000%
   ☑ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410     **Proof of Claim**     page 2
3525-N-5070

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. *Check one:* | | **Amount entitled to priority** |
|---|---|---|---|---|
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C.§ 507(a)(7). | | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ _____ |
| | | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/25/2023
                   MM / DD / YYYY

/s/ Issa F. Kamara
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Issa F. Kamara | |
| | First name          Middle name          Last name | |
| Title | Authorized Agent for Toyota Motor Credit Corporation | |
| Company | Bonial & Associates, P.C. | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | P.O. Box 9013 | |
| | Number          Street | |
| | Addison          Texas          75001 | |
| | City          State          ZIP Code | |
| Contact phone | (972) 643-6600          Email    pocquestions@bonialpc.com | |

Official Form 410                    **Proof of Claim**                    page 3
3525-N-5070

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | § § | CASE NO. 23-12839 |
|---|---|---|
| DOMINIQUE LUNDY | § § § § § | CHAPTER 13 |

## EXHIBIT A

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF TOYOTA MOTOR CREDIT CORPORATION

REGARDING CERTAIN COLLATERAL DESCRIBED AS:
2010 LEXUS RX450H JTJBC1BA2A2004565

### SECTION 1. ITEMIZATION OF CLAIM

A.  <u>Total Debt as of September 20, 2023</u>
    Principal Balance                                           $13,472.28
    Accrued Unpaid Interest                                      $1,239.12
    Late Charges                                                    $50.68

    TOTAL DEBT                                                  $14,762.08

B.  <u>Total Arrearage as of September 20, 2023</u>
    Regular Monthly Installments                                 $6,638.14
    November 16, 2022 through September 20, 2023
    Late Charges                                                    $50.68

    TOTAL ARREARAGE                                              $6,688.82

# CERTIFICATE OF SERVICE OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 07, 2023 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Dominique Lundy
537 W Luray St
Philadelphia, PA 19140-1405

**Debtors' Attorney**
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA  19102

**Chapter 13 Trustee**
Scott F. Waterman
2901 St. Lawrence Ave, Suite 100
Reading, Pennsylvania 19606

Respectfully Submitted,

/s/ Issa F. Kamara
Issa F. Kamara

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| Dominique Lundy<br>4946 Brown St<br>Philadelphia, County of PHILADELPHIA, PA 19139 | Antwaan C Roach<br>4946 Brown St<br>Philadelphia, County of PHILADELPHIA, PA 19139 | M&B Paul, Inc.<br>4800 CHESTNUT STREET<br>PHILADELPHIA, PA 19139 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2010 | Lexus RX 450h | N/A | JTJBC1BA2A2004565 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 16.14 % | $ 16,696.33 | $ 28,932.95 | $ 45,629.28 | $ 45,629.28 |

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 633.74 | Monthly beginning 10/02/2018 |
| N/A | N/A | N/A |

Or As Follows:
N/A

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 6 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X **A** _[signature]_
Co-Buyer Signs X **A** _[signature]_

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.
Case 23-12899-amc    Claim 17-1    Filed 01/07/24    Desc Main Document    Page 7 of 13
Exhibit A    Page 7 of 13

| ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.) | | | |
|---|---|---|---|
| 1 | Cash Price | | |
| | Vehicle | $ | 20,440.00 |
| | Accessories and Installation | $ | N/A |
| | Government Taxes | $ | 1,354.80 |
| | Vehicle Delivery | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | | $ | 21,794.80 (1) |
| 2 | Total Downpayment = | | |
| | Trade-in 2014 Chevrolet Malibu | | |
| | (Year) (Make) (Model) | | |
| | Trade-In 1G11E5SL1EF189037 (VIN) | | |
| | Gross Trade-In Allowance | $ | 6,500.00 |
| | Less Pay Off Made By Seller | $ | 10,900.00 |
| | Equals Net Trade In | $ | -4,400.00 |
| | + Cash | $ | 1,500.00 |
| | + Other Rebates | $ | 0.00 |
| | (If total downpayment is negative, enter "0" and see 4H below) | $ | 0.00 (2) |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $ | 21,794.80 (3) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf | | |
| | A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
| | Life N/A   Term N/A   $ N/A | | |
| | Disability N/A   Term N/A   $ N/A | $ | N/A |
| | B Other Optional Insurance Paid to Insurance Company or Companies | | |
| | (Describe) N/A   Term N/A | $ | N/A |
| | (Describe) N/A   Term N/A | $ | N/A |
| | C Official Fees Paid to Government Agencies | | |
| | to Central City Toyota   for Online Svc Fee | $ | 15.15 |
| | to State of Pa   for Local Use Tax | $ | 5.00 |
| | to N/A   for N/A | $ | N/A |
| | D Optional Gap Contract | $ | 995.00 |
| | E Government Taxes Not Included in Cash Price | $ | N/A |
| | F Government License and/or Registration Fees | | |
| | License Fee | $ | 9.00 |
| | G Government Certificate of Title Fees | | |
| | (includes $ 25.00 security interest recording fee) | $ | 78.00 |
| | H Other Charges (Seller must identify who is paid and describe purpose) | | |
| | to Citadel Federal Credit Union   for Prior Credit or Lease Balance | $ | 2,900.00 |
| | to TMIS   for Mechanical Breakdown | $ | 2,995.00 |
| | to Central City Toyota   for Documentation Fee | $ | 141.00 |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | to N/A   for N/A | $ | N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 7,138.15 (4) |
| 5 | Amount Financed (3 + 4) | $ | 28,932.95 (5) |
| 6 | Finance Charge | $ | 16,696.33 (6) |
| 7 | Total of Payments-Time Balance (5 + 6) | $ | 45,629.28 (7) |

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___ , Year _N/A_ .
SELLER'S INITIALS ___N/A___

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.    ___TMIS___
                                      Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X  C Doubles

True and Accurate Completed Copy - UCC Non-Authoritative Copy
True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

Case 23-12899-ames Doc 16-1 Filed 01/07/24 Entered 01/10/24 14:37:56 Desc
Exhibit A Page 8 of 13

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semi-trailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.
Case 2:24-28399-amc Claim 16-1 Filed 10/17/24 Desc Main Document 01/10/24 14:37:57 Page 9 of 13
Exhibit A    Page 9 of 13

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.

If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.

If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

h. **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement: You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).**

4. **WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does not apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **RIGHT TO RECEIVE STATEMENT OF ACCOUNT**

**Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.**

8. **ADDITIONAL RIGHTS**

If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

9. **APPLICABLE LAW**

Federal law and the law of the state of the Seller's address shown on page 1 of this contract apply to this contract.

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.
Case 23-12889-amc Claim 67-1 Filed 11/07/20 Desc Main Document Page 10 of 13
Exhibit A    Page 10 of 13

True and Accurate Completed Copy - UCC Non-Authoritative Copy

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked in this box, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign in this box:
**Optional Credit Insurance**

☐ Credit Life:      ☐ Buyer       ☐ Co-Buyer      ☐ Both
☐ Credit Disability: ☐ Buyer       ☐ Co-Buyer      ☐ Both

Premium:
Credit Life $ _____ N/A

Credit Disability $ _____ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Other Optional Insurance**
☐ _____ N/A _____ N/A
   Type of Insurance                    Term
Premium $ _____ N/A
Description of Coverage
_____ N/A
Insurance Company Name
_____ N/A
Home Office Address
_____ N/A

☐ _____ N/A _____ N/A
   Type of Insurance                    Term
Premium $ _____ N/A
Description of Coverage
_____ N/A
Insurance Company Name
_____ N/A
Home Office Address
_____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked in this box.

X D _____ N/A _____ N/A
Buyer Signature                                     Date
X D _____ N/A _____ N/A
Co-Buyer Signature                                  Date

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X E _A.M.L.L_____ Co-Buyer Signs X E _O.R.___
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See the rest of this contract for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X F _Darwht_____ Date _08/18/2018_ Co-Buyer Signs X F _Orli_____ Date _08/18/2018_

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 6, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X G _Darwht_____ Date _08/18/2018_ Co-Buyer Signs X G _Orli_____ Date _08/18/2018_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ N/A _____ Address _____ N/A _____
Seller Signs _____ M&B Paul, Inc. _____ Date _08/18/2018_ By X H _Syn_____ Title _GENERAL S_

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

| Seller assigns its interest in this contract to | Toyota Motor Credit Corporation | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|
| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |

| Seller | M&B Paul, Inc. | By | /s/ | Title | GENERAL SALES MANAGER |
|---|---|---|---|---|---|

True and Accurate Completed Copy - UCC Non-Authoritative Copy



# TitleExplorer

**TOYOTA FINANCIAL SERVICES** · Search · User Administration

❓ Help (/Home/Index)    ↪ Logout (/Account/Logout)

## Title Details - JTJBC1BA2A2004565

Back

### Title Information

| | | |
|---|---|---|
| Account No: | Batch No: | E |
| Customer: LUNDY DOMINIQUE / ANTWAAN C ROACH | Title Number: 67318943 | Electronic Title |
| VIN: JTJBC1BA2A2004565 | PA Lien Date: 8/31/2024 | |
| Issue State: PA | Title Status: DISPOSITION PERFECT | |

### Discrepant Information

| | |
|---|---|
| Owners: | LUNDY DOMINIQUE |
| | LUNDY DOMINIQUE / ANTWAAN C ROACH |
| Co-Owners: | ROACH ANTWAAN C |
| Lienholder: | TMCC/LEXUS ELT |
| | TOYOTA MOTOR CREDIT COMPANY |
| VIN: | JTJBC1BA2A2004565 |
| | JTJBC1BA2A2004565 |
| Vehicle Year: | 2010 |
| | 2010 |

### User Information

| Corrected By: | Manual By: | Dispositioned By: TRASKJOY |
|---|---|---|

Back

© 2023 - Secure Title Administration, Inc.



**SECURE TITLE** ADMINISTRATION, INC.

**TitleExplorer**

**TOYOTA FINANCIAL SERVICES** · Search · User Administration ·    ❓ Help (/Home/Index)    ⏻ Logout (/Account/Logout)

## Account Details - for ▮▮▮▮▮

| | | |
|---|---|---|
| **Account Number** ▮▮▮ | Customer Information | ▲ |
| **Status** ACTIVE | Customers: LUNDY DOMINIQUE  Co-Owner: ROACH ANTWAAN C | Address: 537 W LURAY ST PHILADELPHIA, PA, 191401405 |
| View Account Documents (/TitleAccount/AppXtenderViewer?accountNum▮▮▮▮entId=0005) | | VIN: JTJBC1BA2A2004565 |

Show/Add Comments

Toyota DocLake Documents (/TitleAccount/DocLakeViewer?accountNumber=▮▮▮▮▮nessUnitCode=01)

Lien Extension

| | | | | | |
|---|---|---|---|---|---|
| Account Information | | | | | ▲ |
| Account Type: | Retail | License Plate: | | Dealer: | TOYOTA CERTIFIED C... |
| Branch: | ▮ | State: | | Year: | 2010 |
| Account Status: | ▮ | Vehicle Make: | LEXUS | | |
| Contract Status: | ACTIVE | Account Rec'd: | 08/29/2018 | Contract Date: | 08/18/2018 |
| Title Trust Status: | ▮ BKRPT | Last Changed: | 09/22/2023 | Final Payment: | 09/16/2024 |

| Activities | ▲ |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | |
| TRASKJOY    9/4/2018 1:05:25 PM | VERIFICATION, PERFECT ELECTRONIC TITLE Details ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮ | |

© 2023 - Secure Title Administration, Inc.