**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12839-amc |
| Dominique Lundy, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Determine Value of Property and Allowed Secured Claim of Toyota Motor Credit Corporation,**

**AND NOW**, upon consideration of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of Toyota Motor Credit Corporation, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2010 Lexus RX, VIN JTJBC1BA2A2004565, is $7,689.00.

3. The secured component of Claim No. 6 is $7,689.00.

4. The unsecured component of Claim No. 6 is $7,073.08.

Date:

_____
Ashely M. Chan
U.S. Bankruptcy Judge