**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12839-amc |
| Dominque Lundy, | Chapter 13 |
| Debtor. | |

**Certificate of Service**

I certify that on this date I served a true and correct copy of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of Toyota Motor Credit Corporation along with all attachments and the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Toyota Motor Credit Corporation (CM/ECF)

Date: January 10, 2024

/s/ Edward J. Gruber
Edward J. Gruber (#334339)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com