UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Dominique Lundy<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-12839-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of January, 2024, by first class mail upon those listed below:

Dominique Lundy
537 W Luray St
Philadelphia, PA  19140-1405

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

                                                         */s/ Kristen Gliem*
                                                       Kristen Gliem
                                                       for
                                                       Scott F. Waterman, Esquire
                                                       Standing Chapter 13 Trustee