**Prepared By:**
Jennifer Zak/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all liens, and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 05/14/2021, in the amount of $147,283.00 made by **DOMINIQUE LUNDY** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS** recorded on 06/22/2021, in the Office of the Recorder of Deeds of **PHILADELPHIA** County, in the State of **Pennsylvania**, in **Doc ID 53850837**.

   SEE ATTACHED EXHIBIT A

Property is more commonly known as: 537 WEST LURAY STREET, PHILADELPHIA, PA 19140.

**Dated this 13th day of September in the year 2023**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS

By: _____
**LAUREN ASTLE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 13th day of September in the year 2023, by Lauren Astle as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_Julie Martens_

JULIE MARTENS

COMM EXPIRES: 5/22/2026



JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

Assignment of Mortgage from:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)
to:
PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Mortgagor: **DOMINIQUE LUNDY**

All that certain lot or piece of ground situated in
Mortgage Premises: 537 WEST LURAY STREET
    PHILADELPHIA, PA 19140
    PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Lauren Astle**, do certify that the precise address of the within named Assignee is:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

_LAstle_

**LAUREN ASTLE**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

# Exhibit A

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, DESCRIBED HEREAFTER ACCORDING TO A PLAN AND SURVEY THEREOF MADE BY WALTER BRINTON, ESQUIRE, SURVEYOR AND REGULATOR OF THE 5TH SURVEY DISTRICT BEARING DATE THE 9TH DAY OF MARCH, A.D. 1926 AS FOLLOWS TO WIT:

SITUATE ON THE NORTH SIDE OF LURAY STREET (AS LAID OUT 50 FEET WIDE) AT THE DISTANCE OF 256 FEET 7 INCHES WESTWARD FROM THE WEST SIDE OF 5TH STREET (AS LAID OUT 80 FEET WIDE) IN THE 49TH WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID LURAY STREET 14 FEET 8 INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHWARD BETWEEN PARALLEL LINES WITH THE SAID 5TH STREET 110 FEET TO A CERTAIN 15 FEET WIDE DRIVEWAY WHICH EXTENDS WESTWARD AND COMMUNICATES WITH A CERTAIN OTHER 12 FEET WIDE DRIVEWAY WHICH EXTENDS NORTHWARD INTO WYOMING AVENUE.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVILEGE OF THE SAID DRIVEWAYS AS AND FOR DRIVEWAYS, PASSAGEWAYS AND WATERCOURSES AT ALL TIMES HEREAFTER, FOREVER.