### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dominique Lundy<br>　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　Movant<br>　　vs.<br><br>Dominique Lundy<br>　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 23-12839 AMC<br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNYMAC LOAN SERVICES, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on January 18, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Dominique Lundy
537 W Luray St
Philadelphia, PA 19140

Attorney for Debtor(s)
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102
**VIA ECF**

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: January 18, 2024

/s/ Mark A. Cronin
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant