**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dominique Lundy<br>    Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>    Movant<br>vs.<br>Dominique Lundy<br>    Respondent | NO. 23-12839 AMC |
| Scott F. Waterman<br>    Additional Respondent | 11 U.S.C. Section 362 |

**CERTIFICATE OF NO OBJECTION**

I, Mark A. Cronin, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion for Relief from Automatic Stay filed on January 18, 2024 (Doc No. 21). The deadline for filing an objection or other response was February 1, 2024.

                /s/ Mark A. Cronin
                Mark A. Cronin, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215) 627-1322
                mcronin@kmllawgroup.com