**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dominique Lundy
                      Debtor(s)

PENNYMAC LOAN SERVICES, LLC
                      Movant
    v.

Dominique Lundy
                      Debtor(s)

Scott F. Waterman
                      Trustee

CHAPTER 13
BK NO: 23-12839 AMC

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on February 5, 2024, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
VIA ECF

Michael I. Assad
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Edward Jacob Gruber
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Dominique Lundy
537 W Luray St
Philadelphia, PA 19140

Method of Service:    Mail first class; Specify if other:

Date: February 5, 2024

                                            /s/ Mark A. Cronin
                                            Mark A. Cronin, Esq.
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215) 627-1322
                                            mcronin@kmllawgroup.com