IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| In Re,<br>DOMINIQUE LUNDY,<br>　　Debtor, | Bankruptcy No. 23-12839-amc<br><br>Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORATION,<br>　　Movant,<br><br>　　　　v.<br><br>DOMINIQUE LUNDY and<br>SCOTT F. WATERMAN, Trustee,<br>　　Respondents. | Related Doc# 14 |

CERTIFICATE OF SERVICE

　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on May 23, 2024, I served copies of Toyota Motor Credit Corporation's Praecipe to Withdraw Objection to Confirmation of Chapter 13 Plan filed December 22, 2023 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Dominique Lundy<br>537 W Luray St<br>Philadelphia, PA 19140-1405 | MICHAEL I. ASSAD<br>Cibik Law, P.C.<br>1500 Walnut St<br>Ste 900<br>Philadelphia, PA 19102 |
| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　　Fax - (412) 456-8135
　　　　　　　　　　　　　　　　　　*Counsel for Toyota Motor Credit Corporation*