| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12839-AMC**

Dominique Lundy  
537 W Luray St  
Philadelphia  PA    19140-1405

Petition Filed Date: 09/20/2023  
341 Hearing Date: 10/27/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/26/2023 | $475.00 | | 11/27/2023 | $475.00 | | 01/04/2024 | $475.00 | |
| 01/31/2024 | $475.00 | | 02/28/2024 | $475.00 | | 04/10/2024 | $475.00 | |
| 05/09/2024 | $475.00 | | 07/17/2024 | $475.00 | | | | |

**Total Receipts for the Period:  $3,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $5,482.01 | $0.00 | $0.00 |
| 2 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $442.00 | $0.00 | $0.00 |
| 3 | PENNYMAC  LOAN SERVICES LLC<br>»» 03A | Mortgage Arrears | $7,428.24 | $0.00 | $0.00 |
| 4 | CITADEL CREDIT UNION<br>»» 004 | Unsecured Creditors | $2,491.73 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,982.35 | $0.00 | $0.00 |
| 6 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 06S | Secured Creditors | $7,689.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 06U | Unsecured Creditors | $7,073.08 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $1,029.88 | $0.00 | $0.00 |
| 9 | VERIZON BY AIS AS AGENT<br>»» 008 | Unsecured Creditors | $1,738.99 | $0.00 | $0.00 |
| 10 | PECO ENERGY COMPANY<br>»» 009 | Unsecured Creditors | $455.58 | $0.00 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $181.18 | $0.00 | $0.00 |
| 12 | MOHELA ON BEHALF OF<br>»» 011 | Unsecured Creditors | $1,475.87 | $0.00 | $0.00 |
| 3 | PENNYMAC  LOAN SERVICES LLC<br>»» 03B | Mortgage Arrears | $2,810.40 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12839-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,800.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,425.00 |
| Paid to Trustee: | $380.00 | Total Plan Base: | $28,025.00 |
| Funds on Hand: | $3,420.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.