# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Dominique Lundy,

        Debtor.

Case No. 23-12839-AMC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

PennyMac Loan Services, LLC (CM/ECF)

Toyota Motor Credit Corporation
PO Box 9013
Addison, TX 75001

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & Revenue MSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

Date: October 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com