# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Dominique Lundy,<br><br>*Debtor*. | Case No. 23-12839-AMC<br>Chapter 13 |

## Order Granting Motion to Approve Partial Claim Mortgage

And now, after consideration of the Motion to Approve Partial Claim Mortgage filed by Debtor Dominique Lundy, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The partial claim mortgage filed at ECF No. 62-1 is **APPROVED**.

Date:

                                                  Ashely M. Chan
                                                  Chief U.S. Bankruptcy Judge