United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12839-amc |
| Dominique Lundy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 04, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dominique Lundy, 537 W Luray St, Philadelphia, PA 19140-1405 |
| 14816569 | + | Capital Accounts, Inc, Attn: Bankruptcy, P.O. Box 680608, Nashville, TN 37068-0608 |
| 14827485 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14816577 | + | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14816579 | | Huntingdon Valley Bank, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14818707 | + | PennyMac Loan Services, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14816589 | + | Phila Inq Cu, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14816590 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Dec 05 2024 00:18:00 | Toyota Motor Credit Corporation, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2024 00:18:00 | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 14816572 | | Email/Text: megan.harper@phila.gov | Dec 05 2024 00:18:00 | City of Philadelphia, Department of Revenue, P.O. Box 1630, Philadelphia, PA 19105 |
| 14816573 | | Email/Text: megan.harper@phila.gov | Dec 05 2024 00:18:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14835874 | | Email/Text: megan.harper@phila.gov | Dec 05 2024 00:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14816570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2024 00:29:50 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14816571 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 05 2024 00:18:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14816574 | | Email/Text: bankruptcy@philapark.org | Dec 05 2024 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14816575 | + | Email/Text: bncnotifications@pheaa.org | Dec 05 2024 00:18:00 | Cornerstone, Pob 60610, Harrisburg, PA |

Case 23-12839-amc    Doc 73    Filed 12/06/24    Entered 12/07/24 00:38:45    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14816576 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 00:16:46 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14816578 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 05 2024 00:18:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14816580 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14816581 |  | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 00:18:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14864794 |  | Email/Text: EBN@Mohela.com | Dec 05 2024 00:18:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14828622 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14816582 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 00:18:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14832884 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 05 2024 00:18:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14816584 |  | Email/Text: fesbank@attorneygeneral.gov | Dec 05 2024 00:18:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14818478 | ^ | MEBN | Dec 05 2024 00:39:31 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14816588 | ^ | MEBN | Dec 05 2024 00:39:31 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14816583 |  | Email/Text: bankruptcygroup@peco-energy.com | Dec 05 2024 00:18:00 | Peco Energy Company, Bankruptcy Department S4-1, Po Box 8699, Philadelphia, PA 19101-8699 |
| 14816585 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14816586 | ^ | MEBN | Dec 05 2024 00:39:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14816587 |  | Email/PDF: ebnotices@pnmac.com | Dec 05 2024 00:30:55 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14825589 | + | Email/PDF: ebnotices@pnmac.com | Dec 05 2024 00:30:01 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14816591 |  | Email/Text: bankruptcy@philapark.org | Dec 05 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14816592 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2024 00:18:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14828879 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2024 00:18:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, Iowa 52408-8026 |
| 14816593 |  | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14816594 | ^ | MEBN | Dec 05 2024 00:39:31 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14817145 |  | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 05 2024 00:16:45 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14832526 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2024 00:16:46 | Verizon, by American InfoSource as agent, 4515 |

N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| EDWARD JACOB GRUBER | on behalf of Debtor Dominique Lundy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dominique Lundy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Dominique Lundy<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-12839-AMC |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 4, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE